BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE

ROBERT D. SUNSHINE, MD, F.A.C.S.



Counselors at Law

80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513

www.gairgair.com

New Jersey Office

ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

**SERVICE VIA ECF**

May 27, 2021

Honorable Vera M. Scanlon
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           RE:    Terkeltaub v. United States of America
                   Civil Action No. CV-20-3938

Dear Magistrate Judge Scanlon:

      Pursuant to Your Honor's January 07, 2021 discovery scheduling order, the parties are submitting this Joint Status Report.

      Discovery is progressing without any disputes. Defendant has produced 2041 pages of plaintiff's medical records from Mt. Sinai Medical Center (Beth Israel Campus). Plaintiffs have produced authorizations for medical and other records from 12 providers. Defendant has served subpoenas for these records. Defendant has served interrogatories and plaintiffs have responded. Plaintiffs have also produced additional medical records in their possession.

      The parties are in the process of scheduling depositions of plaintiffs and various medical providers.

      Plaintiffs' deposition was scheduled for today, May 27, 2021, however, because of a personal emergency of the plaintiffs, the depositions were adjourned. The parties will be scheduling the plaintiffs' depositions for the end of June 2021. Thereafter, the defendants' deposition and other medical witnesses will be scheduled.

GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF

The parties look forward to the status conference before Your Honor on June 3, 2021.

Respectfully submitted,

Richard Soldano, Esq