

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn New York 11201*

June 1, 2021

BY ECF

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Terkeltaub v. United States of America*
              Civil Action No. CV-20-3938

Dear Judge Scanlon:

    Your Honor has scheduled a status conference in this FTCA medical malpractice case for September 16, 2021. Unfortunately, I am on trial before Judge Komitee in the *Nativo v. USA* case that week.

    I would therefore request the Your Honor reschedule the conference for a later date. Plaintiff has consented to this requested adjournment.

    The undersigned thanks the court for its consideration of this request.

                              Respectfully submitted,

                              MARK J. LESKO
                              Acting United States Attorney

            By:    /s/ **Kevan Cleary**
                              Kevan Cleary
                              Assistant U.S. Attorney
                              (718) 254-6027
                              Kevan.Cleary@usdoj.gov

cc:    **By ECF**

*ATTORNEYS FOR PLAINTIFF*

**Diana Carnemolla, Esq**
Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigma
80 Pine Street
34th Floor
New York, NY 10005
212-943-1090
Email: dcarnemolla@gairgair.com

**Richard Soldano**
Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigma
80 Pine Street, 34th Floor
Ste 34 Floor
10005
New York, NY 10005
212-943-1090
Fax: 212-425-7513
Email: Rsoldano@gairgair.com