

BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
STEPHEN H. MACKAUF
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE
ALLAN ZELIKOVIC
_____
ROBERT D. SUNSHINE, MD, F.A.C.S.

Counselors at Law

80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513

www.gairgair.com

New Jersey Office

ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

March 7, 2022

BY ECF

Honorable Magistrate Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Terkeltaub v. United States of America*
            Civil Action No.: CV-20-3938

Dear Honorable Judge Scanlon:

    My office represents the plaintiffs in the above reference action. The instant action is a FTCA medical malpractice case involving a related New York State Kings county action.

    The parties respectfully request an extension of the present deadlines. The extension is needed because we have received new information regarding the plaintiff's injury and must supplement our responses and provide the defense with this new information accordingly.

    Specifically, the parties request that the present deadline for completion of all discovery, including depositions, expert work, and dispositive motions be adjourned from June 30, 2022 to August 29, 2022. The parties further request that the Pre-Trial Order deadline be adjourned from August 31, 2022 to October 31, 2022.

The parties thanks Her Honorable Madam-for considering this request.

                                                    Respectfully submitted,

                                                    *Diana M.A. Carnemolla*
                                                    Diana M.A. Carnemolla, Esq
                                                    Gair, Gair, Conason, Rubinowitz, Bloom
                                                    Hershenhorn, Steigman & Mackauf
                                                    80 Pine Street, 34 Floor
                                                    New York, New York 10005
                                                    (212)-943-1090
                                                    Email: dcarnemolla@gairgair.com

cc:    **By ECF**

*Attorneys for United States of America*
**Kevan Cleary, Esq.**
Assistant U.S. Attorney
U.S. Department of Justice
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(718)-254-6027
Email: Kevan.Cleary@usdoj.gov