BEN B. RUBINOWITZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
HOWARD S. HERSHENHORN*
RICHARD M. STEIGMAN
DIANA M. A. CARNEMOLLA*
PETER J. SAGHIR
MARIJO C. ADIMEY*
CHRISTOPHER J. DONADIO*
DANIEL L. BROOK, MD, JD
RACHEL L. JACOBS
JAMES S. RUBINOWITZ
DAVID H. LARKIN
MICHELLE L. LEVINE
ALLAN ZELIKOVIC
RICHARD SOLDANO*
ALEX R. BLOOM
CONOR D. CASSIDY
ALEA K. ROBERTS*

# GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF

Counselors at Law

80 PINE STREET, 34TH FLOOR
NEW YORK, NY 10005
TEL: 212-943-1090
FAX: 212-425-7513

www.gairgair.com

New Jersey Office

ONE GATEWAY CENTER, STE. 2600
NEWARK, NJ 07102
TEL: 973-645-0581
FAX: 973-622-8160

* MEMBER OF N.Y. & N.J. BARS

April 28, 2022

**BY ECF**
Honorable Magistrate Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Terkeltaub v. United States of America
        Civil Action No.: CV-20-3938

Dear Honorable Judge Scanlon:

My office represents the plaintiffs in the above reference action. The instant action is a FTCA medical malpractice case involving a related New York State Kings County action.

This letter is written on behalf of the parties and in response to the April 27, 2022 Scheduling Order requiring the parties to submit a letter explaining their nonappearance at the April 21, 2022 scheduled telephone status conference.

The November 18, 2021, discovery scheduling Order set forth certain discovery deadlines and pertinent to this letter a telephone status conference for April 21, 2022 based on those deadlines. On March 08, 2022, plaintiffs wrote on behalf of the parties requesting a new discovery schedule which was granted. On March 09, 2022, the Court issued a new discovery Order that requires a status report reporting the completion of all discovery by August 29, 2022.

The parties understood that the April 21, 2022 telephone status conference contained in the November 18, 2021 discovery

GAIR GAIR CONASON | RUBINOWITZ BLOOM HERSHENHORN STEIGMAN & MACKAUF

scheduling Order had been superseded by the March 09, 2022 Order as moot.

Respectfully submitted,

*Diana M.A. Carnemolla*

Diana M.A. Carnemolla, Esq
Gair, Gair, Conason, Rubinowitz, Bloom
Hershenhorn, Steigman & Mackauf
80 Pine Street, 34 Floor
New York, New York 10005
(212)-943-1090
Email: dcarnemolla@gairgair.com

cc:  By ECF

Attorneys for United States of America
Kevan Cleary, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(718)-254-6027
Email: Kevan.Cleary@usdoj.gov